CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

*Attorneys for Plaintiff X Corp.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| X CORP., | Case No. 2:24-cv-03162-WBS-CSK |
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASES** |
| ROBERT A. BONTA, Attorney General of California, in his official capacity, and SHIRLEY N. WEBER, Secretary of State of California, in her official capacity, | |
| Defendants. | |

Pursuant to Local Rule 123, Plaintiff X Corp. hereby notifies the Court of the following related case: *Rumble Inc.* v. *Bonta*, No. 24-cv-03315-DC-CKD. Plaintiff previously notified the Court of the related cases *Kohls* v. *Bonta* and *The Babylon Bee, LLC* v. *Bonta*, consolidated at No. 24-cv-2527-JAM-CKD — *see* Order Consolidating Cases, No. 24-cv-2527-JAM-CKD, ECF No. 20 (E.D. Cal. Oct. 25, 2024) — that are related both to *X Corp.* and *Rumble Inc.*

*X Corp.*, *Rumble Inc.*, *Kohls*, and *The Babylon Bee, LLC* share significant similarities, such that assignment of *X Corp.* and *Rumble Inc.* to Judge John A. Mendez and Magistrate Judge Carolyn K. Delaney would likely affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

First, *X Corp.*, *Rumble Inc.*, *Kohls*, and *The Babylon Bee, LLC* involve the same Defendants — Robert A. Bonta and Shirley N. Weber.

Second, *X Corp.*, *Rumble Inc.*, *Kohls*, and *The Babylon Bee, LLC* involve similar claims challenging the constitutionality of the same California law, California Assembly Bill ("AB") 2655. *Compare* Complaint ¶¶ 96–113, 130–145, *X Corp.*, ECF No. 1, *with* Complaint ¶¶ 109–142, *Rumble Inc.*, ECF No. 1, *with* Complaint ¶¶ 109–144, 191–194, *Kohls*, ECF No. 1, *with* Complaint ¶¶ 344–379, *The Babylon Bee, LLC*, ECF No. 21.

Third, the Court has already found that *The Babylon Bee, LLC* and *Kohls* are "related within the meaning of Local Rule 123." Order Consolidating Cases, No. 24-cv-2527-JAM-CKD, ECF No. 20 (E.D. Cal.

Oct. 25, 2024).  This led to assignment of *The Babylon Bee, LLC* and *Kohls* to Judge John A. Mendez to effect "a substantial savings of judicial effort" and promote the convenience of the parties." *Id.*

*X Corp.*, *Rumble Inc.*, *Kohls*, and *The Babylon Bee, LLC* thus have a significant overlap in questions of fact, law, and requests for relief, and Judge Mendez is already familiar with the legal issues.  Therefore, assigning *X Corp.* and *Rumble Inc.* to Judge Mendez will likely save substantial judicial and party resources.

Dated: December 3, 2024

By: /s/ William R. Warne
DOWNEY BRAND LLP
William R. Warne (SBN 141280)
Meghan M. Baker (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

CAHILL GORDON & REINDEL LLP
Joel Kurtzberg (admitted *pro hac vice*)
Floyd Abrams (admitted *pro hac vice*)
Jason Rozbruch (admitted *pro hac vice*)
32 Old Slip
New York, NY 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

**PROOF OF SERVICE**

I hereby certify that I caused to be filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case. I also certify that I will caused to be emailed the file-stamped copy of the foregoing document to all attorneys of record in *Rumble Inc, et al. v. Bonta et al., Case No. 2:24-cv-03315*, and to serve all parties in this instant matter.

DATED: December 3, 2024

By: /s/ William R. Warne
DOWNEY BRAND LLP
William R. Warne (SBN 141280)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910