1

2

3

4

5

6

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
FLOYD ABRAMS (admitted *pro hac vice*)
JASON ROZBRUCH (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
Phone: 212-701-3120
Facsimile: 212-269-5420
jkurtzberg@cahill.com

7

8

9

DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916-444-1000
Facsimile: 916-520-5910

10

*Attorneys for Plaintiff X Corp.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION RE
CONSOLIDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KOHLS,<br><br>              Plaintiff,<br><br>      v.<br><br>ROBERT A. BONTA, et al.,<br><br>              Defendants. | Case No. 2:24-cv-02527-JAM-CKD<br><br>**ORDER TO CONSOLIDATE**<br><br>**Judge:** John A. Mendez |
| THE BABYLON BEE, LLC, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>ROBERT A. BONTA, et al.,<br><br>              Defendants. | Case No. 2:24-cv-02787-JAM-CKD |
| RUMBLE, INC., et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>ROBERT A. BONTA, et al.,<br><br>              Defendants. | Case No. 2:24-cv-03315-JAM-CKD |
| X CORP.,<br><br>              Plaintiff,<br><br>      v.<br><br>ROBERT A. BONTA, et al.,<br><br>              Defendants. | Case No. 2:24-cv-03162-JAM-CKD |

ORDER TO CONSOLIDATE

1    Before the Court is Plaintiffs Christopher Kohls, The Babylon

2    Bee, LLC, Kelly Chang Rickert, Rumble Inc., Rumble Canada Inc., X

3    Corp., and Defendants Rob Bonta and Shirley N. Weber's joint

4    stipulation to consolidate *Kohls* v. *Bonta*, No. 2:24-cv-02527-JAM-
     CKD, with *Rumble, Inc.* v. *Bonta*, No. 2:24-cv-03315-JAM-CKD, and *X*

5    *Corp.* v. *Bonta*, No. 2:24-cv-03162-JAM-CKD. Good cause appearing,

6    the Court makes the following orders:

7    1.    Pursuant to Fed. R. Civ. P. 42, the actions denominated

8    as *Kohls* v. *Bonta, et al.*, No. 2:24-cv-02527-JAM-CKD, *Rumble,*

9    *Inc.* v. *Bonta*, No. 2:24-cv-03315-JAM-CKD, and *X Corp.* v. *Bonta*,

10   No. 2:24-cv-03162-JAM-CKD are hereby **CONSOLIDATED** for all

11   purposes;

12   2.    Case No. 2:24-cv-02527-JAM-CKD is designated as the

13   "master file;"

14   3.    The Clerk of the Court is **DIRECTED** to add all

15   complaints and answers filed in Case Nos. 2:24-cv-03315-JAM-CKD
     and 2:24-cv-03162-JAM-CKD to the master file;

16   4.    The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY**

17   **CLOSE** Case Nos. 2:24-cv-03315-JAM-CKD and 2:24-cv-03162-JAM-CKD;

18   and

19   5.    The parties are **DIRECTED** to file all future pleadings,

20   motions, and other filings ONLY in Case No. 2:24-cv-02527-JAM-
     CKD.

21   IT IS SO ORDERED.

22

23   Dated: December 26, 2024    /s/ John A. Mendez

                                 THE HONORABLE JOHN A. MENDEZ
24                               SENIOR UNITED STATES DISTRICT JUDGE

ORDER TO CONSOLIDATE        2